```
LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     vs.<br><br>JILL ANN LEE-SWARENS,<br><br>AKA JILL A. WICKERS,<br><br>           Defendant | No. CV A 11-8942<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Jill Ann Lee-Swarens, aka Jill A. Wickers, in the principal amount of $1,604.00 plus interest accrued to October 26, 2011, in the sum of $1,441.47; with interest accruing thereafter at 3% annually until entry of judgment, administration costs in the amount of $87.00, for a total amount of **$3,132.47**.

DATED: 12/1/2011          By: _/s/ Terry Nafisi_
                              Clerk of the Court

                              _/s/_
                              Deputy Clerk
                              United States District Court