1 | LAW OFFICES OF JULIE M. MCCOY
  | JULIE M. MCCOY, Bar no. 129640
2 | JACQUELYNE M. NGUYEN, Bar no. 249658
  | 1670 SANTA ANA AVE., SUITE "K"
3 | COSTA MESA, CA 92627
  | Telephone: (949) 722-0055
4 | Fax: (949) 722-8416

5 | Attorney for: PLAINTIFF

6

7

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        No. CV A 11-8942

12 |                Plaintiff,

13 |        vs.                      CONSENT JUDGMENT

14 | JILL ANN LEE-SWARENS,

15 | AKA JILL A. WICKERS,

16 |                Defendant

17 |     Pursuant to the above stipulation of the parties,
18 | Judgment is hereby entered in favor of Plaintiff, UNITED
19 | STATES OF AMERICA, against Defendant, Jill Ann Lee-Swarens,
20 | aka Jill A. Wickers, in the principal amount of $1,604.00
21 | plus interest accrued to October 26, 2011, in the sum of
22 | $1,441.47; with interest accruing thereafter at 3% annually
23 | until entry of judgment, administration costs in the amount
24 | of $87.00, for a total amount of **$3,132.47**.

25

26 | DATED: 12/1/2011          By: *Terry Nafisi*
                                    Clerk of the Court
27

28                                  *[signature]*
                                    Deputy Clerk
                                    United States District Court